UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

97-15 DITMAS AVENUE CORP. and VARIETY DISTRIBUTORS, INC.,

        Plaintiffs,

- against -

AMGUARD INSURANCE COMPANY,

        Defendant.

Docket No.: 14-CV-4812 (NGG) (JO)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-entitled action, that this action is hereby dismissed with prejudice, without costs or disbursements to any party against any other.

Dated: New York, New York
June 1, 2015

LAZARE POTTER & GIACOVAS LLP

_____
By:   Rippi Gill, Esq.
875 Third Avenue, 28th Floor
New York, New York 10022
(212) 758-9300
*Attorneys for Defendant*

LAW OFFICE OF CRAIG A. BLUMBERG

_____
By:   Craig Blumberg, Esq.
15 Maiden Lane, 20th Floor
New York, New York 10038
(212) 346-0808
*Attorneys for Plaintiffs*

So Ordered:  s/Nicholas G. Garaufis
_____
6/3/15